# * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__          __DISTRICT OF__          __NEW YORK__

## JUDGMENT IN A CIVIL CASE

**DOCKET NO.** 6:00-cv-1225 (GLS)

**BONNIE J. LEWIS**

   v.

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**

_____   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__  X  __   **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the decision denying disability benefits is AFFIRMED, in accordance with the Decision and Order signed by U.S. District Judge Gary L. Sharpe on August 2, 2005.**

__August 2, 2005__                    __LAWRENCE K. BAERMAN__
                                      CLERK OF THE COURT


                                      BY:    __S/ John E. Law__
                                             DEPUTY CLERK
                                             John E. Law